IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARRIE S. ARMSTRONG,

     Plaintiff,     No. CIV S-10-1059 JAM GGH PS

    vs.

CALIFORNIA STATE

CORRECTIONAL INSTITUTIONS, et al.,

     Defendants.     <u>ORDER</u>

_____/

     Plaintiff, proceeding pro se and in forma pauperis, has filed an amended complaint in her civil rights action pursuant to 42 U.S.C. § 1983. In her amended complaint, plaintiff alleges violations of her civil rights by defendants. The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.[1]  See Local Rule 120(d).

---

[1] The only defendants located in the Sacramento Division are the CDCR and the Board of Registered Nursing. The CDCR appears to be essentially a nominal defendant. Moreover plaintiff is barred from going forward against this defendant based on Eleventh Amendment immunity. The Eleventh Amendment bars suits against a state for damages or injunctive relief, unless the state has consented to or waived immunity, or Congress has validly abrogated the same. Seminole Tribe of Florida v. Florida, 517 U.S. 44, 54-55, 116 S.Ct. 1114 (1996).
Although the amended complaint names the Board of Registered Nursing as a defendant; it fails to make any claims against this defendant.

1

1   Pursuant to Local Rule 120(f), a civil action which has not been commenced in
2   the proper division of a court may, on the court's own motion, be transferred to the proper
3   division of the court.  Therefore, this action will be transferred to the Fresno Division of the
4   court.

5   Good cause appearing, IT IS HEREBY ORDERED that:

6   1.  Plaintiff's motion for extension of time to file an amended complaint, (dkt.
7   #5), is denied as moot;

8   2   This action is transferred to the United States District Court for the Eastern
9   District of California sitting in Fresno; and

10   3.  All future filings shall reference the new Fresno case number assigned and
11   shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

15   DATED: October 7, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

19   GGH:076/Armstrong1059.22.wpd